UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY HOLLENDER, | CASE NO. C20-5314JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| C.R. BARD, INCORPORATED, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Ricardo S. Martinez. All future

//

//

//

//

//

MINUTE ORDER - 1

1 | pleadings shall bear the cause number C20-5314RSM.

2 |      Filed and entered this 23rd day of November, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2