**The Honorable Ricardo S. Martinez**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY HOLLENDER ) | |
| ) | Case No. 3:20-cv-05314-RSM |
| Plaintiff ) | |
| ) | **ORDER GRANTING STIPULATION** |
| vs. ) | **TO DISMISS WITHOUT PREJUDICE** |
| ) | |
| C.R. BARD INC. and BARD ) | |
| PERIPHERAL VASCULAR, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter comes before the Court on the Parties' *Joint Stipulation of Dismissal Without Prejudice*. IT IS HEREBY ORDERED that said Stipulation is **GRANTED**, and this matter is **DISMISSED** with each party to bear its own attorneys' fees and costs.

SO ORDERED, this 3rd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE